IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| SIERRA CLUB, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **Civil Action No. 1:08-cv-1183** |
| | ) | Paul L. Maloney |
| CITY OF HOLLAND, MICHIGAN, and | ) | Chief U.S. District Judge |
| HOLLAND BOARD OF PUBLIC WORKS | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## PROOF OF SERVICE

Margrethe K. Kearney hereby certifies that she is an attorney at Latham & Watkins LLP, one of the attorneys for the City of Holland, Michigan and the Holland Board of Public Works, Defendants in the above-captioned action, and that she is a person of such age and discretion as to be competent to serve papers.

Pursuant to W.D. Mich. LCivR 5.3(a), Margrethe K. Kearney further certifies that on April 26, 2010 she served a copy of Defendants' First Set of Document Requests and Defendants' First Set of Interrogatories to the Sierra Club email and by placing such documents in a postpaid envelope addressed to the persons hereinafter named, at the place and address stated below, by depositing said envelope and contents in the United States Mail:

Lester A. Pines  
Kira E. Loehr  
Cullen Weston Pines & Bach LLP  
122 W. Washington Avenue, Suite 900  
Madison, WI 53703  
pines@cwpb.com  
loehr@cwpb.com  

David C. Bender  
Christa O. Westerberg  
McGillivray Westerberg & Bender LLC  
305 S. Paterson Street  
Madison, WI 53703  
bender@mwbattorneys.com  
westerberg@mwbattorneys.com

2

Dated this 26th day of April, 2010

s/ Margrethe K. Kearney  
Margrethe K. Kearney