**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| SIERRA CLUB, )<br>)<br>       Plaintiff, )<br>) | **Civil Action No. 1:08-cv-1183** |
|    vs. )<br>) | Paul L. Maloney<br>Chief U.S. District Judge |
| CITY OF HOLLAND and )<br>HOLLAND BOARD OF PUBLIC WORKS )<br>)<br>       Defendants. ) | |

_____

**PROOF OF SERVICE**
_____

Heidi K. Buttchen hereby certifies that she is an employee of Cullen Weston Pines & Bach LLP one of the attorneys for Sierra Club, the Plaintiff in the above-captioned action, and that she is a person of such age and discretion as to be competent to serve papers.

Pursuant to W.D. Mich. LCivR 5.3(a), Heidi K. Buttchen further certifies that on April 29, 2010 she served a copy of Plaintiff's First Requests for Admission and Second Requests for Production to the Holland Board of Public Works by e-mail and by placing such documents in a postpaid envelope addressed to the persons hereinafter named, at the place and address stated below, by depositing said envelope and contents in the United States Mail:

| | |
|---|---|
| Charles M. Denton<br>Barnes & Thornburg LLP<br>171 Monroe Avenue NW, Suite 1000<br>Grand Rapids, MI 49503<br>Charles.Denton@BTLaw.com | Cary R. Perlman<br>Karl A. Karg<br>Margrethe Kearney<br>Latham & Watkins LLP<br>233 S. Wacker Dr., Ste. 5800<br>Chicago, IL 60606<br>Cary.Perlman@lw.com<br>Karl.Karg@lw.com<br>Margrethe.Kearney@lw.com |

Dated this 29th day of April, 2010.

                              s/ Heidi K. Buttchen
                              _____
                              Heidi K. Buttchen