# BOARD OF PUBLIC WORKS

July 8, 1996

| | |
|---|---|
| **AGENDA ITEM:** | #6 |
| **ACTION:** | Board of Directors approval and recommendation to City Council. |
| **RECOMMENDATION:** | Accept the low evaluated bid from Dykema Excavators in the amount of $117,752 for the installation of a dilution pipeline at the James De Young Power Plant, and approve a budget transfer for the same amount. |
| **SUMMARY:** | The Department of Natural Resources requires that the outlet water at the power plant be at or below 95 degrees F. During the months of June, July, and August, the temperature of Lake Macatawa often reaches into the mid eighties, which coupled with the increased load for these months, will often raise the outlet temperature above the 95 degree limit. |
| | The most cost-effective solution to this problem is to install a dilution line running from the inlet water line to the outfall, bypassing the plant. The other method that will be used this summer for not exceeding the maximum temperature will be to reduce generation. |

Tim Morawski, P.E.
General Manager

TM/d



## Holland Board of Public Works
## James DeYoung Power Plant
## Units 4 & 5 Circulating Water Dilution Recommendation

### Introduction
This project consists of installing a dilution pipeline to decrease the plant's outfall water temperatures to DNR acceptable levels of 95 degrees F or less.

### Recommendation
The staff recommends the Board accept the low evaluated bid provided by Dykema Excavators of $117,752.00 and forward the recommendation to City Council for their approval.

### Evaluation
Five contractors were sent requests for bids on the dilution project. Those bids are listed below.

| Company | Evaluated Bid |
| --- | --- |
| Dykema Excavators | $117,752 |
| My-Con, Inc. | $188,015 |
| R. L. Morris and Sons | No bid |
| Geocon | No bid |
| Kamminga & Roodvoets, Inc. | No bid |

### Discussion
The Department of Natural Resources requires that our outlet water be at or below 95 degrees F. During June, July, and August, the temperature of Lake Macatawa often reaches into the mid eighties, which coupled with the increased load for these months will often raise the outlet temperature above the 95 degree limit. Of the many solutions considered for controlling the effluent water temperature, one of the most cost effective solutions is to install a dilution line running from the inlet water line to the outfall, bypassing the plant. This dilution line will allow a portion of the lake water to mix with and cool the outfall water providing a cooling of 3 degrees F to the outfall. While this solution alone will not guarantee that temperatures are maintained below 95 degrees, it will provide a significant method for maintaining the required temperatures. The other method that will be used this summer for not exceeding the maximum temperature will be to reduce generation.

Dykema Excavators will be required to provide and install all components of the dilution system, including piping, connectors, two butterfly valves, three pipe taps, and five manholes. The butterfly valves will used to regulate flow through the dilution line, while flow meters will be fitted to the pipe taps on both the main and dilution lines to make it possible to measure each line's respective flow rate. In addition, the contractor is responsible for disposal and replacement of all excavated material including asphalt, concrete, and soil.

## Conclusion

This project was not budgeted for in FY97. A budget transfer of $117,752 is requested from contingency to account number 100 502 9910.

_____
Loren H. Howard P.E.
Power Resources Director

7/2/96
Date

COH00008462

| | |
|---|---|
| Sealed proposal delivered to the BPW | June 12, 1996 |
| Contractor mobilize on-site | July 8, 1996 |
| Bar chart schedule of activities | With Proposal |
| A report of NDE testing results | One week after test completion |
| All welding procedures and welding qualification results | One week prior to start of installation |
| Contractor off-site | July 19, 1996 |

### 10. ADDITIONAL NOTES

1. Holland BPW will make available one 480 VAC, 60 Hz, 3 phase power source. Contractor shall supply a power cord from the source to equipment. Contractor shall supply owner with power requirements at time of submitting proposal.

2. Holland BPW will provide break area, hand washing facility, and toilet facilities.

3. Holland BPW will provide water sources.

4. Contractor to supply their own compressed air.

### 11. PRICING

The Contractor shall provide an itemized list of manhours and pricing required to complete each of the items listed under Scope of Work.

Contractor's Name    DYKEMA EXCAVATORS, INC.

| | Manhours | Pricing ($) |
|---|---|---|
| Item 1. | | |
| Item 1 Option. | | |
| Item 2. | | |
| Item 3. | | |
| Total | | $117,752.00 |

*Daniel Schmid*
Dykema Excavators Inc.
1730 3mile Rd NE
Grand Rpds Mich 49505

| | |
|---|---|
| Sealed proposal delivered to the BPW | June 12, 1996 |
| Contractor mobilize on-site | July 8, 1996 |
| Bar chart schedule of activities | With Proposal |
| A report of NDE testing results | One week after test completion |
| All welding procedures and welding qualification results | One week prior to start of installation |
| Contractor off-site | July 19, 1996 |

## 10. ADDITIONAL NOTES

1. Holland BPW will make available one 480 VAC, 60 Hz, 3 phase power source. Contractor shall supply a power cord from the source to equipment. Contractor shall supply owner with power requirements at time of submitting proposal.

2. Holland BPW will provide break area, hand washing facility, and toilet facilities.

3. Holland BPW will provide water sources.

4. Contractor to supply their own compressed air.

## 11. PRICING

The Contractor shall provide an itemized list of manhours and pricing required to complete each of the items listed under Scope of Work.

Contractor's Name   _MyCon Inc_

| | Manhours | Pricing ($) |
|---|---|---|
| Item 1. | | 138,640.00 |
| Item 1 Option. | | Same as Above |
| Item 2. | | 29,000.00 |
| Item 3. | | 20,375.00 |
| Total | | 188,015.00 |

COH00008464