**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN**

| | | |
|---|---|---|
| SIERRA CLUB, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **Civil Action No. 1:08-cv-1183** |
| | ) | Paul L. Maloney |
| CITY OF HOLLAND, MICHIGAN, and | ) | Chief U.S. District Judge |
| HOLLAND BOARD OF PUBLIC WORKS | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DEFENDANTS' MOTION FOR
TOTAL SUMMARY JUDGMENT AS TO ALL PSD CLAIMS**

Defendants City of Holland and Holland Department of Public Works (collectively,

"Holland") hereby move this Court for summary judgment pursuant to Fed. R. Civ. P. 56,

finding that, as a matter of law:

(1)    Plaintiff Sierra Club's ("Plaintiff") claims in Counts I, III, IV and VI of its

Amended Complaint (Doc. 16) are barred by the applicable statute of limitations in 28 U.S.C. §

2462 for all projects at issue in this litigation, specifically:

- Project 1:  1988, Unit 4 replacement of waterwall tubes;
- Project 2:  1988, Unit 3 installation of snow melt system;
- Project 4:  1990, Unit 5 replacement of economizer tubes and generating tubes and 1990, Unit 5 replacement of waterwall tubes;
- Project 5:  1993, Unit 3 replacement of condenser tubes;
- Project 6:  1991, Unit 4 replacement of condenser tubes;
- Project 7:  1996, Unit 3 replacement of superheater tubes;
- Project 8:  1996, Units 4 and 5 installation of water dilution pipeline;
- Project 9:  1997, Unit 4 replacement of superheater tubes; and
- Project 10:  2000, Unit 5 replacement of condenser tubes.

(2)     Plaintiff did not provide the requisite 60-days advance notice under 42 U.S.C. §

7604(b), as to its Best Available Control Technology ("BACT") claims in Count III of its

Amended Complaint for the Projects 2, 4, 6, 7, 8 and 10, requiring dismissal of these claims.

(3)     Projects 5 and 10 did not involve a physical change or change in method of

operations to an "emissions unit," and therefore do not require compliance with BACT, requiring

dismissal of Plaintiff's claims in Count III of its Amended Complaint as to these projects.

This Motion for Total Summary Judgment as to All PSD Claims is based upon this

Motion, and Holland's Brief in Support of its Motion for Total Summary Judgment as to All

PSD Claims, and the Declarations of Andrea M. Hogan and David G. Koster and attached

exhibits.

Pursuant to Local Civil Rule 7.1(d), Defendants have ascertained through discussions

with Plaintiff that Plaintiff will oppose this Motion.

WHEREFORE, Holland respectfully requests that the Court grant Holland's Motion for

Total Summary Judgment as to All PSD Claims.


Dated:          March 15, 2011                Respectfully submitted,

                                              s/ Cary R. Perlman
                                              One of the Attorneys for Defendants

                                              Charles M. Denton
                                              BARNES & THORNBURG LLP
                                              171 Monroe Avenue, NW
                                              Suite 1000
                                              Grand Rapids, MI 49503
                                              Telephone: (616) 742-3974
                                              Email: charles.denton@btlaw.com
                                              Atty. #: P33269

                                              Cary R. Perlman
                                              Karl A. Karg
                                              Andrea M. Hogan
                                              LATHAM & WATKINS LLP
                                              233 South Wacker Drive, Ste. 5800
                                              Chicago, Illinois 60606


2

Telephone: (312) 876-7700
Email: cary.perlman@lw.com
karl.karg@lw.com
andrea.hogan@lw.com