UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SIERRA CLUB,

       Plaintiff,                       Case No. 1:08–cv–01183–PLM

    v.                                   Hon. Paul L. Maloney

HOLLAND, CITY OF, et al.,

       Defendants.
_____/

**ORDER**

      Before the Court is the parties' joint motion for a telephonic status conference and to extend the deadlines and trial date (Dkt. #193). The parties request this court extend the current deadlines and schedule a telephone conference to discuss the revisions to the trial schedule because it is anticipated that motions in limine and other pretrial motions will be filed. Additionally, the parties are scheduled to participate in facilitative mediation during August 2011. Upon review and consideration, the Court will GRANT the motion. The current final pretrial conference scheduled September 6, 2011 and trial scheduled to commence on September 27, 2011 are ADJOURNED without date at this time. A status conference to discuss future scheduling in this case will be scheduled before Magistrate Judge Joseph G. Scoville.

    IT IS SO ORDERED.

Dated:  July 15, 2011                        /s/ Paul L. Maloney
                                                 PAUL L. MALONEY
                                                 Chief United States District Judge