UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| SIERRA CLUB, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:08-cv-1183 |
| | ) | |
| v. | ) | Honorable Paul L. Maloney |
| | ) | |
| CITY OF HOLLAND, et al., | ) | |
| | ) | **ORDER** |
| Defendants. | ) | |

At the direction of the Chief Judge, I conducted a telephone status conference with counsel for both parties. Counsel agreed to an indefinite adjournment of the pretrial and trial dates, until a decision is rendered on the pending dispositive motions. The court will therefore conduct a further telephone status conference on **Mon., September 12, 2011, at 10:00 a.m.** It shall be plaintiff's counsel's responsibility to arrange the telephone conference with defense counsel at plaintiff's expense using AT&T or other commercial carrier. The court's phone number is (616) 456-2309. No later than **September 7, 2011**, the parties shall prepare and file a joint status report setting forth the status of the VFM efforts and any other relevant information. Any party may request an earlier conference.

DONE AND ORDERED this 9th day of August, 2011.

/s/  Joseph G. Scoville
United States Magistrate Judge