UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


SIERRA CLUB,

               Plaintiff,

v.

CITY OF HOLLAND, et al.,

               Defendants.

_____/

HONORABLE PAUL L. MALONEY

Case No. 1:08-cv-1183


**ORDER LIFTING STAY**


On September 30, 2011, and at the request of the parties, a 180-day stay of the proceedings in this case entered to allow the parties to continue settlement negotiations.  The 180-day deadline has passed and the Court has been advised by the parties that there are no ongoing settlement negotiations.  Therefore, the stay of the proceedings is hereby LIFTED.

        **IT IS SO ORDERED**.


Date:  May 21, 2012

           /s/ Paul L. Maloney
          Paul L. Maloney
          Chief United States District Judge