UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| SIERRA CLUB, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:08-cv-1183 |
| | ) | |
| v. | ) | Honorable Paul L. Maloney |
| | ) | |
| CITY OF HOLLAND, et al., | ) | |
| | ) | **ORDER** |
| Defendants. | ) | |
| | ) | |

The court conferred with counsel concerning the status of this case by telephone on June 4, 2012. At the request of defendants, defendants are granted leave to file a single brief not exceeding fifteen pages, addressing new authority pertinent to any of the now pending dispositive motions, without argument. Defendants' supplemental brief is due no later than **June 25, 2012**. Plaintiff may respond within fourteen days of service, with a brief not to exceed fifteen pages, without argument.

Final pretrial and trial dates will be established after the court's decision on the pending motions, if a trial is necessary.

DONE AND ORDERED this 4th day of June, 2012.

/s/  Joseph G. Scoville
United States Magistrate Judge