UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SIERRA CLUB,

        Plaintiff,                      Case No. 1:08−cv−01183−PLM

v.                                  Hon. Paul L. Maloney

HOLLAND, CITY OF, et al.,

        Defendants.
_____/

## ORDER

      The Court has been informed by telephone call from counsel for defendants of the agreement between the parties to settle this matter. Accordingly, appropriate closing documents shall be filed with the Court by January 16, 2014.

      IT IS SO ORDERED.

Dated:  December 19, 2013                        /s/ Paul L. Maloney
                                                                PAUL L. MALONEY
                                                                Chief United States District Judge